NO. 15-25-00124-CV

ACCEPTED
15-25-00124-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/1/2025 4:38 PM
CHRISTOPHER A. PRINE
CLERK

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/1/2025 4:38:11 PM
CHRISTOPHER A. PRINE
Clerk

_____

BRIAN BECKCOM,

*Appellant,*

v.

TEXAS A&M UNIVERSITY,

*Appellee.*

_____

Appealed from the
85th District Court
Brazos County, Texas
Cause No. 24-003177-CV-85

## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Pursuant to the Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee, Texas A&M University ("TAMU"), respectfully moves to extend time to file its brief on appeal to January 15, 2026.

TAMU's brief is due on December 17, 2025. However, an appeal brief in another matter is due that same day. Additionally, TAMU's counsel has to travel for an out-of-town court hearing on December 16, 2025 in another matter. TAMU's counsel will also be out of the office the following week for the holidays and will not return until after the new year.

Thus, TAMU's counsel will not have sufficient time to review Appellant's brief on appeal, review the record on appeal, and draft, finalize and file TAMU's appeal brief by the current December 17th deadline.

Neither party will suffer prejudice from this brief extension of time. The relief requested in this unopposed motion is not sought for delay, but so justice may be done.

TAMU's counsel has conferred with counsel for Appellant, who has indicated he is unopposed to this motion.

## CONCLUSION

Accordingly, Appellee TAMU respectfully requests that the Court grant this motion thereby extending the deadline to file its brief to January 15, 2026.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

KIMBERLY GDULA
Chief, General Litigation Division

2

/s/ Jason T. Contreras
JASON T. CONTRERAS
Assistant Attorney General
Texas Bar No. 24032093
Jason.Contreras@oag.texas.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-979-5528 Fax: 512-320-0667
**Attorneys for Appellee**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above has been served via File and Serve Texas on all counsel of record on December 1, 2025.

/s/ Jason T. Contreras
JASON T. CONTRERAS
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 108579649
Filing Code Description: Motion
Filing Description: 20251201_Aples Mtn for Extension
Status as of 12/1/2025 4:43 PM CST

Associated Case Party: Brian Beckcom

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew J.Kita | | matt@mattkita.com | 12/1/2025 4:38:11 PM | SENT |
| Matthew J.Kita | | matt@mattkita.com | 12/1/2025 4:38:11 PM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason T.Contreras | | jason.contreras@oag.texas.gov | 12/1/2025 4:38:11 PM | SENT |
| Jason T.Contreras | | jason.contreras@oag.texas.gov | 12/1/2025 4:38:11 PM | SENT |